**Exhibit A**

Pedro Image



VA 2-430-441 2022

TRC's use (screenshot)



https://www.facebook.com/photo.php?fbid=401928741956663&set=pb.100064186202178.-2207520000&type=3

(accessed May 24, 2025)

Pedro Image



VA 2-443-907

TRC's use (screenshot)



https://www.facebook.com/photo/?fbid=381099827372888&set=pb.100064186202178.-2207520000  (accessed May 24, 2025)

Pedro Image



VA 2-430-441 2022

TRC's use (screenshot)



https://www.therecordco.org/corporate-events-at-the-record-co/ (accessed November 3, 2024)